IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

THOMAS M. ELLSWORTH, )
)
    Plaintiff, )
) Case No. 3:15-cv-00544
v. )
) TODD J. CAMPBELL
ASCENSION HEALTH LIFE ) UNITED STATES DISTRICT COURT
INSURANCE PLAN, )
ASCENSION HEALTH, )
& ST. THOMAS WEST HOSPITAL )
)
    Defendants. )

## STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Thomas Ellsworth ("Plaintiff") and Defendants Ascension Life Insurance Plan, improperly named in the Complaint as "Ascension Health Life Insurance Plan"), Ascension Health, and St. Thomas West Hospital, by and through the undersigned counsel, and all matters against all defendants having been fully and finally resolved and compromised, Plaintiff hereby dismisses his cause of action against all defendants, with prejudice. Each party to bear its own costs and attorneys' fees.

SO ORDERED:

_Todd Campbell_
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

_/s/ Thomas Ellsworth_
Thomas Ellsworth

GILBERT RUSSELL MCWHERTER
SCOTT & BOBBITT PLC

By: s/Jessica F. Salonus
Justin S. Gilbert
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
(423) 499-3044
(731) 664-1540 *Facsimile*
jgilbert@gilbertfirm.com

Jessica F. Salonus
101 N. Highland Avenue
Jackson, TN 38301
(731) 664-1340
(731) 664-1540 *Facsimile*
jsalonus@gilbertfirm.com

ATTORNEYS FOR PLAINTIFF

GREENSFELDER, HEMKER & GALE, P.C.

By: s/Amy L. Blaisdell w/permission by Jessica Salonus
Amy L. Blaisdell, *pro hac vice*
Lauren A. Daming, *pro hac vice*
10 S. Broadway, Suite 2000
St. Louis, MO 63102-1747
Telephone: 314-241-9090
Facsimile: 314-241-3643
apb@greensfelder.com
ldaming@greensfelder.com

John P. Rodgers, BPR No. 30324
BRADLEY ARANT BOULT
CUMMINGS LLP
1600 Division Street
Suite 700
Nashville, TN 37203-0025
Telephone: (615) 252-4642
Facsimile: (615) 252-4708
jrodgers@babc.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

       I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court's electronic filing system, to the following on this the 17th day of November, 2015:

Amy L. Blaisdell
Lauren A. Daming
Greensfelder, Hemker & Gale, P.C.
10 S. Broadway, Suite 2000
St. Louis, Missouri 63102

John P. Rodgers
Bradley Arant Boult Cummings LLP
1600 Division Street
Suite 700
Nashville, TN 37203-0025

                              s/Jessica F. Salonus